**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| SOUTHERN ALUMINUM ) <br> FINISHING COMPANY, INC., ) <br> 1581 Huber St., NW ) <br> Atlanta, GA 30318 ) <br>         Plaintiff, ) <br> ) <br> v. ) <br> ) <br> RANGER SPECIALIZED GLASS, INC. ) <br> 19031 Aldine Westfield ) <br> Houston, TX 77073 ) <br>     *Serve:* ) <br>     Registered Agents, Inc., ) <br>     1150 Connecticut Ave., NW, #900 ) <br>     Washington DC 20036 ) <br> ) <br> and ) <br> ) <br> BERKLEY INSURANCE COMPANY ) <br> 475 Steamboat Road ) <br> Steamboat, CT 06830 ) <br>     *Serve:* ) <br>     CT Corporation System ) <br>     67 Burnside Avenue ) <br>     East Hartford, CT 06108 ) <br> ) <br>         Defendants. ) | Case No: _____ |

**<u>COMPLAINT</u>**

COMES NOW, Southern Aluminum Finishing Company, Inc., plaintiff in the above-styled matter, and files this Complaint for damages against Defendants, Ranger Specialized Glass, Inc. and Berkley Insurance Company, and states as follows:

1. Plaintiff Southern Aluminum Finishing Company, Inc. (hereinafter "Plaintiff" or "Southern Aluminum"), is a Georgia corporation with its principal place of business located at 1581 Huber Street NW, Atlanta, Georgia 30318.

2. Defendant Ranger Specialized Glass, Inc. ("Ranger") is a Texas corporation.

3. Defendant Berkley Insurance Company ("Berkeley") is a Delaware corporation engaged in business as a surety.

## JURISDICTION AND VENUE

4. This court has jurisdiction over this case under 28 U.S.C. 1332(a)(1) in that the matter in controversy, exclusive of interest and costs, exceeds the sum or value of $75,000.00, and is between citizens of different states.

5. Venue is appropriate in this Court pursuant to 28 USC § 1391(b)(2) as the subject construction project is located and a substantial part of the events giving rise to this matter occurred in the District of Columbia.

## FACTUAL BACKGROUND

6. Defendant Ranger is engaged in the business of the design and installation of metal panels, glazing, and window and curtain wall systems on construction projects.

7. Upon information and belief, on or around January 26, 2015, Defendant Ranger contracted with the general contractor Foulger-Pratt Contracting, LLC, for Ranger to perform subcontracting services for a project located at Art Place at Fort Totten in Washington D.C. (hereinafter "the Project"). Pursuant to this contract, Ranger agreed to furnish and install glazing and to furnish and install metal wall panels for the Project.

8. On or about January 26, 2015, Ranger obtained a Payment Bond (Number 0189994) (hereinafter "Payment Bond") from Defendant Berkley in the amount of $12,550,000,

as required by the general contractor on the Project with Ranger as the principal on the Payment Bond. A copy of said Payment Bond is attached hereto as Exhibit A and incorporated herein by reference.

9. Pursuant to the Payment Bond, Berkeley agreed that the "Bond shall inure to the benefit of all persons supplying labor, material, rental equipment, supplies, or services in the performance of the said Contract ... and that such persons may maintain dependent actions upon this Bond, in their own names."

10. Beginning on or about February 1, 2017, Ranger contracted with Plaintiff to furnish materials to Ranger for the Project, pursuant to certain Purchase Orders, a list of which is shown on the Statement of Unpaid Invoices (hereinafter "Statement") attached hereto as Exhibit B and incorporated herein by reference.

11. Ranger agreed to compensate Plaintiff for amounts due and outstanding after that time for the supplies, materials, and equipment provided to Ranger for the Project.

12. Plaintiff last furnished supplies to Ranger on or about June 29, 2017 and Ranger's payment for that delivery was due thirty (30) days later. Plaintiff has received no complaint of quality or quantity of the materials supplied to Ranger and, upon information and belief, the materials have been installed at the Project.

13. Ranger failed to pay Plaintiff $175,218.90 due under the Contract within 30 days of Plaintiff's final invoice sent in June 2017 as shown on the attached Statement. More than six (6) months have passed since Ranger's failure to pay.

14. Plaintiff has submitted a claim for payment to Berkley under the Payment Bond, but Berkeley has failed to pay Plaintiff the amount due.

## Count I
### (Breach of Contract)

15. Plaintiff repeats and re-alleges Paragraphs 1-14 as though fully set forth herein.

16. Plaintiff performed all of its obligations under the Contract with Ranger.

17. Ranger breached the Contract by its refusal to pay Plaintiff in full for the materials and supplies furnished to Ranger for use at the Project.

18. Plaintiff has been damaged as a direct and proximate result of Ranger's failure to pay for the materials supplied by Plaintiff in the total amount of $175,218.90, plus interest at the rate of 1.5% per month from July 29, 2017, plus its reasonable attorney's fees and all of its costs in this cause expended pursuant to the Terms and Conditions on the Purchase Orders.

WHEREFORE, Southern Aluminum Finishing Company, Inc., respectfully requests judgment against the Defendant, Ranger Specialized Glass, Inc., in the amount of One Hundred Seventy Five Thousand Two Hundred Eighteen and 90/100 Dollars ($175,218.90) plus interest at the rate of 1.5% per month from July 29, 2017, until paid, plus its reasonable attorney's fees and all of its costs in this cause expended.

## Count II
### (Action Against the Payment Bond as to Defendants Ranger and Berkley)

19. Plaintiff repeats and re-alleges Paragraphs 1-18 as though fully set forth herein.

20. Plaintiff has a direct contract for materials with Ranger, the Principal on the Payment Bond.

21. Plaintiff performed all of its obligations under the Contract with Ranger.

22. Plaintiff gave notice of its claim to the General Contractor, Foulger-Pratt Contracting, LLC, the Project owner, Ranger, and Berkley by letter dated August 18, 2017. A copy of said letter is attached hereto as Exhibit C and incorporated herein by reference.

23. Berkley is obligated, pursuant to the Payment Bond, to pay Plaintiff for the materials and supplies furnished to Ranger for use on the Project and for which Ranger has failed to make payment to Plaintiff.

24. Despite Plaintiff's repeated demands, Berkley has failed and refused to pay Plaintiff according to the terms of the Payment Bond.

25. This action is being filed within one year of the date that Plaintiff made its claim against the Payment Bond and within one year of the last materials supplied on the Project.

26. More than six (6) months have passed since Plaintiff made its demand and Berkeley has failed and refused to pay the disputed amounts.

27. Plaintiff is a proper claimant under the Payment Bond and is of the class of those persons entitled to a right of action under the Payment Bond.

28. Plaintiff has complied with all requirements and conditions precedent in asserting its claim under the Payment Bond.

WHEREFORE, Plaintiff, Southern Aluminum Finishing Company, Inc., respectfully requests judgment against the Defendants, Ranger Specialized Glass, Inc., and Berkley Insurance Company, jointly and severally in the amount of One Hundred Seventy Five Thousand Two Hundred Eighteen and 90/100 Dollars ($175,218.90) plus interest at the rate of 1.5% per month from July 29, 2017, until paid, plus its reasonable attorney's fees and all of its costs in this cause expended.

### Count III
**(Bad Faith Failure to Settle and Pay Claim as to Defendant Berkley)**

29. Plaintiff repeats and re-alleges Paragraphs 1-28 as though fully set forth herein.

30. Under the terms of the Payment Bond, Berkley, as a Surety for Ranger, agreed to pay the claims of "all persons supplying labor, material, rental equipment, supplies, or services in

5

the performance of said Contract" and agreed that "such persons may maintain independent actions upon this Bond, in their own names."

31. This promise to pay claims of proper claimants creates an implied covenant of good faith and fair dealing on the part of Berkley in its investigation, settlement, and payment of claims. This duty of good faith includes an obligation to act reasonably in its investigation, settlement, and payment of claims.

32. Berkley has not acted reasonably in its investigation and settlement of Plaintiff's claim under the Bond. Berkley has taken an unreasonable amount of time to investigate Plaintiff's claim. Berkley has refused to diligently investigate, settle, and pay Plaintiff's claim. Berkley has refused to even respond to Plaintiff's claim under the Bond despite multiple attempts by the Plaintiff to resolve the claim.

33. Berkley's continued refusal to act reasonably in the investigation, settlement, and payment of Plaintiff's claim constitutes a breach of the implied covenant of good faith and faith dealing.

34. As a direct, proximate, and foreseeable result of Berkley's breach of its duties with respect to Plaintiff's claim, Plaintiff has suffered damages in an amount of at least $175,218.90 to be proven at trial.

WHEREFORE, Plaintiff, Southern Aluminum Finishing Company, Inc., respectfully requests judgment against the Defendant Berkley Insurance Company, jointly and severally in the amount of One Hundred Seventy Five Thousand Two Hundred Eighteen and 90/100 Dollars ($175,218.90) plus interest at the rate of 1.5% per month from July 29, 2017, until paid, plus its reasonable attorney's fees and all of its costs in this cause expended.

Respectfully submitted this 15th day of May, 2018.

                SOUTHERN ALUMINUM
                FINISHING COMPANY, INC.,
                By Counsel

                */s/ Kavita S. Knowles*
                Kavita S. Knowles, Esq.
                Federal Bar #: MD15148
                Fullerton & Knowles, P.C.
                12642 Chapel Road
                Clifton, VA 20124
                (703) 818-2600
                FAX: (703) 818-2602
                kknowles@fullertonlaw.com
                Counsel for Plaintiff

                **OWEN, GLEATON, EGAN, JONES & SWEENEY, LLP**

                */s/ G. McCrary Heitman*
                G. McCrary Heitman, Esq.
                Georgia Bar No. 967042
                1180 Peachtree Street, NE
                Suite 3000
                Atlanta, Georgia 30309
                (404) 688-2600
                FAX: (404) 525-4347
                Eagan@OwenGleaton.com